# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thurston, Jennifer L. | Eastern District-California | 09/21/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

510 19th Street, Suite 200
Bakersfield, CA 93301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (See Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | Continuing participation in Kern County Deferred Compensation (457 plan) (former employer), no income |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 09/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Kern County Employees' Retirement Association | $3,421.03 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed real estate agent |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 09/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America Account | A | Interest | N | T | | | | | |
| 2. Morgan Stanley Account (cash equivalency) | A | Interest | L | T | | | | | |
| 3. WW Sycamore Farms LP | G | Distribution | | | Sold | 02/28/20 | N | G | |
| 4. Sunrise Terrace Madera Apartments LP | D | Distribution | L | W | | | | | |
| 5. Beechwood LP | C | Distribution | M | W | | | | | |
| 6. GSF Summer Place Investors LP | C | Distribution | N | W | | | | | |
| 7. GSF Springs Investors LP | E | Distribution | O | W | | | | | |
| 8. GSF Edgewater Investors LP | D | Distribution | M | W | | | | | |
| 9. Morgan Stanley SEP IRA | | | | | | | | | |
| 10. --Bank Deposit Program, Morgan Stanley Bank N.A. | A | Interest | N | T | | | | | |
| 11. --Capital Income Builder Fund Class C | A | Dividend | K | T | | | | | |
| 12. --Capital World Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 13. --AMCAP World Growth & Income Fund Class A | B | Dividend | L | T | | | | | |
| 14. --Europacific Growth Fund Class C | | None | K | T | | | | | |
| 15. --American Fundamental Investors Fund Class A | B | Dividend | M | T | | | | | |
| 16. --Europacific Growth Fund Class A | A | Dividend | L | T | | | | | |
| 17. --American Balanced A | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thurston, Jennifer L.** | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | --Franklin Growth C | A | Dividend | J | T | | | | | |
| 19. | --American US Gov't Money Mkt C | A | Dividend | L | T | | | | | |
| 20. | --American AMCAP A | A | Dividend | K | T | | | | | |
| 21. | --Bank of China New New York NY CD | C | Interest | | | Sold | 12/17/20 | M | | |
| 22. | --American US Govt Money MKT C | | None | M | T | | | | | |
| 23. | --Capital Income Inc Builder A | D | Dividend | M | T | | | | | |
| 24. | --Capital Income Inc Builder F1 | A | Dividend | | | Merged<br>(with line 23) | 06/15/20 | J | | |
| 25. | --American Fundamental Investors Fund C | A | Dividend | K | T | | | | | |
| 26. | --Franklin Growth A | A | Dividend | J | T | | | | | |
| 27. | --Prudential Jennison Natural Resources Fund Class A | A | Dividend | K | T | | | | | |
| 28. | --American US Govt Money Mkt A (AFAXX) | A | Dividend | M | T | Buy | 12/17/20 | M | | |
| 29. | WW Mandalay Preserve, LLC | C | Distribution | L | W | | | | | |
| 30. | WW Multistate Properties I, LLC | G | Distribution | L | W | Sold<br>(part) | 09/29/20 | L | E | |
| 31. | GSF Sunnyside Clovis Investors, LP | C | Distribution | L | W | | | | | |
| 32. | GSF Maple Estates, LP | C | Distribution | L | W | | | | | |
| 33. | WW Olympus Property IV, LLC | E | Distribution | M | W | | | | | |
| 34. | GSF Lakeview Lemore Investors, LP | D | Distribution | M | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Olympus Property Fund V LLC | C | Distribution | M | W | | | | | |
| 36. GSF West Pointe Investors, LP | E | Distribution | N | W | | | | | |
| 37. Olympus Property VI LLC | D | Distribution | M | W | | | | | |
| 38. GSF Capital Partners LP | C | Distribution | K | W | | | | | |
| 39. Olympus Property VII LLC | E | Distribution | M | W | | | | | |
| 40. Olympus Development Fund 1, LLC | E | Distribution | K | W | | | | | |
| 41. WW Rosemeade LLC | B | Distribution | K | W | | | | | |
| 42. WW Cape House Investors LLC-1031 Portfolio | C | Distribution | L | W | | | | | |
| 43. GSF Jackson Park Place Investors L.P. | D | Distribution | M | W | | | | | |
| 44. WW Multifamily Northeast Heights LLC | A | Distribution | K | W | | | | | |
| 45. GSF Sierra Hills Clovis Investors, LP | C | Distribution | L | W | | | | | |
| 46. WW Santa Monica Investors LLC | C | Distribution | L | W | | | | | |
| 47. GSF Sierra Ridge Clovis Investors, L.P. | F | Distribution | P1 | W | | | | | |
| 48. WW Preserve Investors LLC | B | Distribution | L | W | | | | | |
| 49. Olympus Opportunity Fund II LLC | A | Distribution | M | W | | | | | |
| 50. Olympus Property IX LLC | D | Distribution | M | W | | | | | |
| 51. WW Multistate Tradewinds LLC | B | Distribution | L | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WW Granite 550 LLC | C | Distribution | N | W | Buy | 05/01/20 | N | | |
| 53. WW Enclave Gateway LP | D | Distribution | N | W | Buy | 04/03/20 | N | | |
| 54. GSF Villa Sorrento Investors L.P. | B | Distribution | L | W | Buy | 07/31/20 | L | | |
| 55. WCW Markana Investors LLC | C | Distribution | N | W | Buy | 11/04/20 | N | | |
| 56. WCW Mountain Trail Investors LLC | | None | N | W | Buy | 12/29/20 | N | | |
| 57. WCW Multistate Walden LLC | | None | M | W | Buy | 09/30/20 | M | | |
| 58. Voya Financial - 457 Plan | | | | | | | | | |
| 59. --Kern Stable Value Fund | A | Interest | L | T | | | | | |
| 60. --Goldman Sachs Sm Co Value Fnd Inst | B | Dividend | L | T | | | | | |
| 61. --Cohen & Steers Real Estate Secs Fd Z | E | Dividend | N | T | | | | | |
| 62. --American Funds Cap Wld G&I R6 | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thurston, Jennifer L.** | 09/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Trust #1, indentified in Part I, consists of personal assets that are not otherwise reportable (i.e., home, cars, etc.) and items that are reportable. The items in Trust #1 that are reportable are listed in Part VII, lines 1 through 8, lines 29 through 58 and line 9. (Line 9 is made up of the SEP detailed in lines 10-28, so these are part of the trust also). Line 58 is made up of the 457 plan detailed in lines 59-62, so these are part of the trust also.

2. As to the agreement listed in Part II, this refers to the 457 plan I have enrolled in when I was an employee of the County of Kern. I have continued to list "2009" as the date of the agreement because this is the year I separated from the County of Kern. Though I continue to have money in this plan, I cannot invest additional money and receive no income or disbursements from it.

3. The income set forth in Part III-A is the gross amount per month. I began taking the retirement amount on my birthday in 2017.

4. In Part VII, I deleted the former line 12, because it reflected a sale of part of line 11. This caused renumbering of the funds listed after.

5. In Part VII, I deleted line 16 (Prudential Jennison Natural Resources Fund Class C) because it merged with another line.

6. In Part VII, I deleted line 19 (American Balanced C) because it mereged with another line.

7. In Part VII, I deleted line 21 (Wells Fargo BK NA Sioux Falls SD CD) because it was redeemed.

8. In Part VII, I deleted line 22 (State Bank India New York NY CD) because it was redeemed.

9. In Part VII, at line 24, I indicated that this fund "merged" with the fund identified at line 23, because this is the closet descriptor in the limited choices. In truth, the shares were converted to a different share class in the same fund

10. In Part VII, in my original report, I made a mistake and indicated that WW Multistate Properties I, LLC (line 30) was sold. However, I have since realized it was sold only in part. I have made the correction in this amended report.

11. In Part VII, in my original report, I made a mistake and indicated the incorrect name for GSF Capital Partnership (line 38). The correct legal name is GSF Capital Partners LP. I have made the correction in the first amended report.

12. In Part VII, I have included the assets held in the Kern County Deferred Compensation (457 plan) listed on lines 59-62. I can't invest additional money in this 457 plan, it pays me no income, and any dividends are reinvested. I failed to appreciate that the 457 plan investments should have been listed in Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer L. Thurston**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544